```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 22178
   FREDERICK E GUY
   ROSETTA GUY                                 CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-9000      SSN XXX-XX-6900


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/03/2005 and was confirmed 07/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 07/09/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
US AUTO TITLE LENDERS IN  SECURED          4455.00        153.25      4455.00
US AUTO TITLE LENDERS IN  UNSECURED       NOT FILED          .00          .00
ECAST SETTLEMENT CORP     UNSECURED         5881.25          .00      5881.25
BENEFICIAL                NOTICE ONLY     NOT FILED          .00          .00
CROSS COUNTRY BANK        UNSECURED       NOT FILED          .00          .00
CROSS COUNTRY BANK        NOTICE ONLY     NOT FILED          .00          .00
GMAC                      UNSECURED       NOT FILED          .00          .00
HSBC BANK NEVADA NA       UNSECURED         7103.48          .00      7103.48
HSBC/NV                   NOTICE ONLY     NOT FILED          .00          .00
HSBC NEVADA               UNSECURED       NOT FILED          .00          .00
HSBC/NV                   NOTICE ONLY     NOT FILED          .00          .00
PEOPLES GAS LIGHT & COKE  UNSECURED             .00          .00          .00
PEOPLES GAS               NOTICE ONLY     NOT FILED          .00          .00
SPIEGEL                   UNSECURED       NOT FILED          .00          .00
US SMALL BUSINESS ADMN    UNSECURED         8583.16          .00      8583.16
ERNESTO D BORGES JR       DEBTOR ATTY     1,800.00                   1,800.00
TOM VAUGHN                TRUSTEE                                    1,742.99
DEBTOR REFUND             REFUND                                          .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             29,719.13

PRIORITY                                          .00
SECURED                                      4,455.00
    INTEREST                                   153.25
UNSECURED                                   21,567.89
ADMINISTRATIVE                               1,800.00
TRUSTEE COMPENSATION                         1,742.99
DEBTOR REFUND                                     .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 22178 FREDERICK E GUY & ROSETTA GUY
```

```
                              ---------------     ---------------
TOTALS                              29,719.13           29,719.13
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 10/29/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                          PAGE   2
        CASE NO. 05 B 22178 FREDERICK E GUY & ROSETTA GUY